# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 4:09CR109 |
| v. § | |
| § | |
| CHRISTINA BLOOM SMILEY § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as her right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months, with 12 months of her sentence being served consecutively to any other state court sentence and 12 months of her sentence being served concurrently with any other state court sentence, and no supervised release to follow. The court further recommends that Defendant's term of imprisonment be carried out in the Bureau of Prison facilities located in Danbury, Connecticut, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of June, 2010.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE